■ JOSE ESPINOSA, Respondent, v MILLBRIDGE SERVICE STATION, INC., et al., Appellants. [671 NYS2d 285] —Appeal by the defendants from (1) an order of the Supreme Court, Westchester County (Nastasi, J.), entered March 14, 1997, and (2) an order of the same court, entered May 6, 1997.

Ordered that the orders are affirmed, with one bill of costs, for reasons stated by Justice Nastasi at the Supreme Court. Rosenblatt, J. P., Sullivan, Santucci and Goldstein, JJ., concur.